IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELVIN DeVAN DANIEL,                    )
                                        )
            Plaintiff(s),               )          No. C 12-3008 CRB (PR)
                                        )
      vs.                               )          ORDER
                                        )
OFFICER McKEON, et al.,                 )
                                        )
            Defendant(s).               )
_____        )

       Per order filed on June 19, 2012, the court dismissed plaintiff's pro se complaint under 42 U.S.C. § 1983, noting that his allegations that police officers failed to take a police report of a robbery against him, although troubling, fail to state a cognizable § 1983 claim for violation of his federal rights. June 19, 2012 Order at 2.

       Plaintiff's request to resubmit the same allegations is construed as a motion for reconsideration and is denied. But to whatever extent plaintiff seeks to bring new allegations, he is free to do so in a new action.

SO ORDERED.

DATED:  Dec. 11, 2012

                                CHARLES R. BREYER
                                United States District Judge