IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELVIN DeVAN DANIEL, | ) | |
| Plaintiff(s), | ) | No. C 12-3008 CRB (PR) |
| vs. | ) | ORDER |
| OFFICER McKEON, et al., | ) | |
| Defendant(s). | ) | |

Per order filed on June 19, 2012, the court dismissed plaintiff's pro se complaint under 42 U.S.C. § 1983, noting that his allegations that police officers failed to take a police report of a robbery against him, although troubling, fail to state a cognizable § 1983 claim for violation of his federal rights. June 19, 2012 Order at 2.

Plaintiff's request to resubmit the same allegations is construed as a motion for reconsideration and is denied. But to whatever extent plaintiff seeks to bring new allegations, he is free to do so in a new action.

SO ORDERED.

DATED: Dec. 11, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Daniel, M.12-3008.or1.wpd